**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Raghuvir Vaghela,<br>Petitioner<br>-vs-<br>Luis Rosa, Jr., et al.,<br>Respondents. | CV-26-7907-PHX-JFM<br><br>**ORDER** |

Mail from the Clerk to Petitioner, sent on October 29, 2026 (Docs. 8, 9), was returned undeliverable on November 9, 2026, indicating Petitioner was no longer in custody. The Court's search of the ICE Detainee Locator by Petitioner's "A" number and country of origin India reflect no matching detainee in custody. Accordingly, Respondents were required to file a notice of Petitioner's custody status and last known address. (Order 11/18/26, Doc. 12.)

Respondents have now filed a notice indicating that on November 2, 2026 Petitioner was transferred from Mahoning County Jail to Miami Correctional Center. Petitioner's address of record is at Central Arizona Correctional Complex in Florence, Arizona. The Notice of Assignment filed October 26, 2026 directed:

> If you move to a new unit, new institution, or are released, you must immediately file with the Court written notification of your changes of address. Please see the attached Exhibit B for a sample. If your case has proceeded beyond the screening stage, the written notification must include proof of service on each opposing party or the party's attorney. If you fail to follow this rule, the Court may dismiss your case. (LRCiv 83.3(d))

(Notice, Doc. 5-1 at 2.) Petitioner has not filed a notice of change of address.

The Court observes that sometime before November 2, 2026, Petitioner must have been relocated from Arizona to Florida. Nonetheless, Respondents served their Response (Doc. 10) on Petitioner on November 4, 2026 at his address of record in Arizona. Renewed

service will be required.

**IT IS THEREFORE ORDERED**:

(A) Within fourteen (14) days of the filing of this Order, Petitioner must file with the Court either (1) a response to this order showing cause as to why this action should not be dismissed for failure to prosecute; or (2) a notice of change of address reflecting Petitioner's current address.

(B) The Clerk of Court must send a copy of this Order to Plaintiff at his address of record and to:

Miami Correctional Center
3038 West 850 South
Bunker Hill, Indiana 46914

(C) Respondents must again serve their Response (Doc. 10) on Petitioner at his current address, and file within two days of the filing of this Order a notice of service evidencing the same.

(D) Petitioner has 14 days from such renewed service of the Response (Doc. 10) to reply in support of the Petition.

Dated: November 20, 2026

26-7907o Order 26 11 18 re OSC re FTP and ReServ Resp.docx

James F. Metcalf
United States Magistrate Judge